No. 295. E. W. BLANCETT *v.* STATE OF NEW MEXICO. Error to the Supreme Court of the State of New Mexico. Submitted March 25, 1920. Decided April 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. A. B. Renehan* for plaintiff in error. *Mr. O. O. Askren*, *Mr. Harry S. Bowman* and *Mr. N. D. Meyer* for defendant in error.

———

No. 423. CHICAGO & NORTHWESTERN RAILWAY COMPANY *v.* HERMAN VAN DE ZANDE. Error to the Supreme Court of the State of Wisconsin. Motion to dismiss or affirm submitted March 29, 1920. Decided April 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. R. N. Van Doren* for plaintiff in error. *Mr. Robert A. Kaftan* for defendant in error.